**FORM 3: Notice of Appeal from the United States Court of International Trade**

### UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| **PRINTING TEXTILES, LLC, doing business as BERGER TEXTILES**, | )<br>)<br>)<br>) |
| Plaintiffs, | ) |
| V. | )<br>) |
| UNITED STATES, | ) Court No. 23-00056 |
| Defendant, | )<br>) |

### NOTICE OF APPEAL

Notice is hereby given that the following parties, Printing Textiles, LLC dba Berger Textiles, in the above-named case hereby appeal to the United States Court of Appeals for the Federal Circuit from the final judgment or an order, Slip Op. 23-21, entered in this action on March 10, 2023.

Respectfully submitted,

Date: March 13, 2023

/s/ Kyl J. Kirby

Kyl J. Kirby
Kyl J. Kirby, Attorney and Counselor at Law, P.C.
1400 Lipscomb Street
Fort Worth, Texas 76104
Phone: 214-632-0841
Email: kyl@kirbyfedlaw.com
*Counsel to Printing Textiles, LLC dba Berger Textiles*